Case: 08-10093  Doc: 2  Filed: 01/14/08  Page: 1 of 3

FILED
Jan 14 2008
03:35 PM
US Bankruptcy Court
Western District Of Oklahoma

```
Bank of Western Oklahoma
2805 Williams
Woodward OK 73802


Capital One Bank
PO Box 650007
Dallas TX 75265-0007


CitiFinancial
816 W. Gary Boulevard
Clinton OK 73601


CitiFinancial
PO Box 6931
The Lakes NV 88901-6931


CitiFinancial Services, Inc.
PO Box 6931
The Lakes NV 88901-6931


Continental Credit
2728 Williams, Suite E
Woodward OK 73801


Dalhart Hospital
c/o Account Recovery Services
3144 W. 28th, Suite A
Amarillo TX 79106


First Premier Bank
PO Box 5524
Sioux Falls SD 57117-5524


Goin's Home Furnishings, Inc.
101 E. Oklahoma Avenue
Woodward OK 73801
```

```
Gray Emergency Group
c/o NCO Medical
One Medical Plaza
Pampa TX 79065


Highplains E.R.
c/o NCO Financial
PO Box 41466
Philadelphia PA 19101


Internal Revenue Service
PO Box 105416
Atlanta GA


Newman Memorial Hospital
c/o Silverton Collections
5500 N. Western Vew, Suite 1
Oklahoma City OK 73118


Newman Memorial Hospital
905 S. Main
Shattuck OK 73858-9205


Oklahoma Tax Commission
c/o OSI Collection
PO Box 13704
Oklahoma City OK 73113


Pampa Regional Medical Center
c/o Medical Data System, Inc.
2150 15th Ave.
Vero Beach FL 32960


Preferred Credit, Inc.
PO Box 1970
Shattuck OK 73858
```

Schumacher ER Physicians
c/o CBSI
550 Greensboro Ave.
Tuscaloosa AL 35401


Schumacher Medical
c/o NCO Medical
PO Box 8547
Philadelphia PA 19101


Shattuck National Bank
PO Box 39
Shattuck OK 73858


Starr Lumber
1811 Main Street
Woodward OK 73801


Sun Loan Co.
1007 Main Street
Woodward OK 73801


Sure Finance
1106 1/2 Texas
Woodward OK 73801


Will Garrett
PO Box 276
Fox OK 73435


World Acceptance Corp.
1902 Main Street
Woodward OK 73801


Yes Finance
1106 Texas Street
Woodward OK 73801