FILED
Jan 15 2008
11:04 AM
US Bankruptcy Court
Western District Of Oklahoma

Form 8
(10/05)

# United States Bankruptcy Court
## Western District of Oklahoma

In re: Waylon Ray Jones, Kelly Ann Jones
Debtor(s)

Case No. 08-10093
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| Mattress<br>Location: 400 S. Ellis, Shattuck OK | Goin's Home Furnishings, Inc. | X | | | |
| Vacuum cleaner | Preferred Credit, Inc. | X | | | |
| 2002 Lincoln Navigator | Shattuck National Bank | X | | | |
| 2007 Chevrolet Pickup SC1 | Bank of Western Oklahoma | | | | X |
| Lots One (1) and Two (2), Block Thirteen (13), Ellis Addition to the Town of Shattuck, Ellis County, Oklahoma, according to the recorded plat thereof. Location: 400 S. Ellis, Shattuck OK | CitiFinancial Services, Inc. | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| -NONE- | | |

Date January 15, 2008    Signature /s/ Waylon Ray Jones
Waylon Ray Jones
Debtor

Date January 15, 2008    Signature /s/ Kelly Ann Jones
Kelly Ann Jones
Joint Debtor